# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JULIO ELIAS IVAN PEREZ ROJAS,

Petitioner,

v.

FERETI SEMAIA, *et al.*,

Respondents.

No. No. 5:26-cv-01509-SK

**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

Pursuant to the parties' stipulation with reservations of all rights (ECF 22), the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is granted with judgment to be entered by the Court consistent with the reasons and findings set forth in the Preliminary Injunction Order entered by the district court on April 8, 2026. (ECF 13).

Petitioner's counsel may seek an award of attorneys' fees, costs, and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED.

DATED: April 24, 2026

STEVE KIM
United States Magistrate Judge

1