JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JULIO ELIAS IVAN PEREZ ROJAS,

Petitioner,

v.

FERETI SEMAIA, *et al.*,

Respondents.

No. No. 5:26-cv-01509-SK

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment, **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is granted based on the reasons and findings set forth in the Preliminary Injunction Order entered on April 8, 2026.  (ECF 13).

IT IS SO ORDERED.

DATED:  April 24, 2026

STEVE KIM
United States Magistrate Judge

1